No. 82–822. FORT PIERCE UTILITIES AUTHORITY ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 11th Cir. Motion of Potomac Electric Power Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 82–829. ALASKA ET AL. *v.* BOISE CASCADE ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 82–830. MENORA, ON BEHALF OF MENORA, A MINOR, ET AL. *v.* ILLINOIS HIGH SCHOOL ASSN. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE MARSHALL and JUSTICE BLACKMUN would grant certiorari.

No. 82–833. FLORIDA *v.* SIMPSON. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–5285. CHAPARRO-ALMEIDA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.